

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2021

No. 04-21-00257-CV

Michael **SHANNON**, Director of Development Services Department, City of San Antonio, Texas; and City of San Antonio, Texas,
Appellants

v.

Arlene W. **BLAIR** and Plaintiff Class Petitioners,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23022
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

A copy of appellants' notice of appeal was filed in this court on June 28, 2021. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellants in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellants to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

It is therefore ORDERED that Adolfo Ruiz file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order. If appellants fail to file an amended notice of appeal within the time provided, an order may be issued directing Mr. Ruiz to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal. The clerk of this court shall cause a copy of this order to be served on Mr. Ruiz by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court